UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| KENNETH ROSA, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) Case No. 4:23-cv-01046-MTS |
| TFRM, *et al.*, | ) ) ) |
| Defendants. | ) ) |

## ORDER OF DISMISSAL

**IT IS HEREBY ORDERED** that this action is **DISMISSED** without prejudice. *See* Fed. R. Civ. P. 41(b) (providing for dismissal for failure to prosecute); *see also* Doc. [18]; *Hutchins v. A.G. Edwards & Sons, Inc.*, 116 F.3d 1256, 1259 (8th Cir. 1997) ("A district court has the power to dismiss a litigant's cause of action when the litigant fails to comply with the court's orders.").

Dated this 19th day of September 2024.

_____
MATTHEW T. SCHELP
UNITED STATES DISTRICT JUDGE